UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

DERRICK OAKES,

                 Plaintiff,                  Case No.  1:07cv678

v.                                  Hon. Robert J. Jonker

LESLIE VANDEUSEN, et al.,

                 Defendants.

_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

       The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on August 4, 2008.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

       **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 4, 2008, is approved and adopted as the opinion of the court.

       **IT IS FURTHER ORDERED** that defendant's motion for summary judgment is GRANTED; plaintiff's motions to amend are DENIED; and plaintiff's complaint is DISMISSED.

Dated:    __August 28, 2008____       /s/ Robert J. Jonker_____
                                         ROBERT J. JONKER
                                         UNITED STATES DISTRICT JUDGE